```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   24 Cr. 570-1 (LAK)
     -against-                       :   ORDER
                                     :
Sony Estevez Pimentel                :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

LEWIS A. KAPLAN, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to extend his travel limitations to include the Western District of New York.

Dated: New York, New York
       November 21, 2024

SO ORDERED:

/s/ Hon. Lewis A. Kaplan
_____
LEWIS A. KAPLAN
United States District Judge