# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and
Attorney-in-Chief*

**MEMO ENDORSED**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 13, 2024

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/25

Re: **United States v. Sony Estevez Pimentel**
    **24 Cr. 570 (LAK)**

Your Honor:

    Pursuant to Rule 12(b)(B) of the Federal Rules of Criminal Procedure, Mr. Pimentel moves to dismiss Counts 1 and 2 of the Indictment, each count alleging a violation of Tittle 18, U.S.C. §922 (o). Both counts of the Indictment must be dismissed because the Second Amendment of the United States Constitution does not permit a blanket prohibition on machine guns. The statutory allegations, as applied to Mr. Pimentel, are unconstitutional because they do not allege any conduct other than the possession and transfer of a machine gun and the history of firearms regulations do not reach sch conduct.

### The Indictment's Allegations

    Mr. Pimentel is charged with conspiring to possess and transfer a machine gun and with possessing and transferring a machine gun, both in violation of Title 18, U.S.C. Sec. 922(o). Section 922(o) imposes a blanket prohibition on the possession and/or transfer of a machine gun. A machine gun is defined in Title 26, U.S.C. § 5845 as "an weapon which shoots....automatically more than one shot, without manual reloading, by a single function of the trigger......includ[ing] any part designed and intended solely and exclusively....for use in converting a weapon into a machine gun."

*Denied.*

SO ORDERED
*[signature]*
LEWIS A. KAPLAN, USDJ

1/13/25

1