USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :   24 Cr. 570-1 (LAK)

    -against-                       :   ORDER
                                    :
Sony Estevez Pimentel
                                    :
        Defendant
                                    :
------------------------------------X

LEWIS A. KAPLAN, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to extend

his travel limitations to include the Western District of New York.


        Dated:  New York, New York
                November    , 2024


                        SO ORDERED:


                        _____
                        LEWIS A. KAPLAN
                        United States District Judge


                        1/29/25