

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

March 5, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/25
```

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Sony Estevez Pimentel*, 24 Cr. 570 (LAK)

Dear Judge Kaplan:

The Government writes on behalf of both parties to respectfully request a one-week extension of the parties' March 7, 2025 deadline for pretrial filings. The parties are diligently working to resolve this matter and are close to a resolution that would obviate the need for trial.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____
Lauren E. Phillips
Assistant United States Attorney
Southern District of New York
(212) 637-2231
Lauren.Phillips@usdoj.gov

cc (by ECF):   Mark Gombiner, Esq.

SO ORDERED  *Granted*

_____
LEWIS A. KAPLAN, USDJ
3/6/25